[Cite as *State ex rel. Thomas v. Harnett*, 2019-Ohio-4044.]

COURT OF APPEALS
STARK COUNTY, OHIO
FIFTH APPELLATE DISTRICT

| | | |
|---|---|---|
| STATE ex rel. DALON ANTHONY THOMAS, : | | JUDGES: |
| : | | Hon. W. Scott Gwin, P.J. |
| Relator, : | | Hon. Craig R. Baldwin, J. |
| : | | Hon. Earle E. Wise, J. |
| -vs- : | | |
| : | | |
| JUDGE CHRYSSA N. HARTNETT of the : | | Case No. 2019CA00091 |
| STARK COUNTY COURT OF COMMON : | | |
| PLEAS, : | | |
| : | | |
| Repondent. : | | O P I N I O N |


CHARACTER OF PROCEEDING:            Writ of Mandamus


JUDGMENT:                           Dismissed


DATE OF JUDGMENT:                   September 30, 2019


APPEARANCES:

For Relator                        For Respondent

DALON A. THOMAS, Pro Se            JOHN D. FERRERO
#A324-811                          Stark County Prosecuting Attorney
London Correctional Institution

P.O. Box 69                        By: RONALD MARK CALDWELL
London, Ohio  43130               Assistant Prosecuting Attorney
                                   110 Central Plaza South, Suite 510
                                   Canton, Ohio 44702-1413

*Baldwin, J.*

**{¶1}** On June 25, 2019, Dalon Thomas filed a petition for writ of mandamus to compel Judge Chryssa Hartnett to rule on his pending motion to withdraw guilty plea. This Court is permitted to consider facts outside the record to show that a case is moot. *Miner v. Witt*, 82 Ohio St. 237, 239, 92 N.E. 21 (1910). Here, Judge Hartnett issued a Judgment Entry on July 11, 2019 denying Mr. Thomas's Motion to Vacate Convictions and Withdraw Plea.

**{¶2}** The issuance of the Judgment Entry rendered Mr. Thomas's writ of mandamus moot. *See State ex rel. Eubank v. McDonald*, 135 Ohio St.3d 186, 2013-Ohio-72, 985 N.E.2d 463, ¶1 ("Mandamus will not lie to compel an act that has already been performed.") *See also State ex rel. Scruggs v. Sadler*, 102 Ohio St.3d 160, 2004-Ohio-2054, 807 N.E.2d 357, ¶5; *State ex rel. Richard v. Wells*, 64 Ohio St.3d 76, 77, 591 N.E.2d 1240 (1992). Therefore, because Mr. Thomas's writ of mandamus is moot it is dismissed.

**{¶3}** The clerk of courts is hereby directed to serve upon all parties not in default notice of this judgment and its date of entry upon the journal. *See* Civ.R. 58(B).

By: Baldwin, J.

Gwin, P.J. and

Wise, Earle, J. concur.